# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 29, 2006

130889

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

MATTHEW S. ENGLISH,
        Plaintiff-Appellant,

v

CONNIE HIMMEL-THOMPSON,
Personal Representative of the Estate of
JEFFREY HIMMEL, Deceased,
        Defendant-Appellee.

SC: 130889
COA: 255956
St. Clair CC: 03-000496-NI

_____/

      On order of the Court, the application for leave to appeal the January 10, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 29, 2006

p0821

                Clerk